# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ENGLER, MEIER & JUSTUS
dba Circle Supply of Atlanta,

       Plaintiff,                  :           Case No. 3:09-cv-197

       -vs-                                        Magistrate Judge Michael R. Merz

                                 :

MIAMI VALLEY SYNTHETICS,
 INC., et al.,

       Defendants.

## AMENDMENTS TO SCHEDULING ORDER

       Upon joint motion of the parties (Doc. No. 39), this case came on for pretrial conference by telephone at 9:00 A.M. on Wednesday, June, 30, 2010.  James Papakirk, Richard Boucher, Lynette Dinkler, and Gregory O'Connor participated on behalf of their respective clients.

       With the agreement of all counsel, the Court sets the following deadlines, modifying to the extent shown the deadline previously set in the Scheduling Order (Doc. No. 22):

1.     Not later than July 14, 2010, Mr. O'Connor will file on behalf of his client and as many other parties as will join, a motion to set an inspection date for the property in suit and a complete protocol for the inspection, including a date for the inspection not later than September 1, 2010.

2.     The deadline for exchange of primary expert reports is extended to October 1, 2010.

3.     The deadline for exchange of rebuttal expert reports is extended to November 1, 2010.

4.     The discovery deadline is extended to January 15, 2011.

5.     The summary judgment motion deadline is extended to February 15, 2011.

6.  Trial is re-set to July 25, 2011. The final pre-trial conference will be conducted by telephone at 4:30 p.m. on Monday, July 18, 2011. The joint proposed final pretrial order will be filed not later than July 15, 2011.

June 30, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge